**No. 43748.**—Protests 766278–G, etc., of Hawaii Liquor Co., Ltd., et al. (Honolulu).

Opinion by TILSON, J.  It was stipulated that the bottles in question are similar to those involved in *Associated Commercial Co.* v. *United States* (T. D. 47649). The claim at one-third of 1 cent per pound under paragraphs 217 and 810 was therefore sustained.

BEFORE THE SECOND DIVISION, MAY 20, 1940

**No. 43749.**—Protest 962569–G of N. Minami & Co., Inc. (New York).

Opinion by DALLINGER, J.  The testimony showed that the merchandise consisted of small, round, tin cases each containing five or six different sizes of sewing needles.  On the record presented it was found that the plaintiff failed to overcome the presumption of correctness attaching to the collector's classification.  The protest was therefore overruled.

**No. 43750.**—Protests 663224–G, etc., of Wm. Goodacre & Sons et al. (Seattle).

Opinion by KINCHELOE, J.  In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 was sustained.

BEFORE THE THIRD DIVISION, MAY 20, 1940

**No. 43751.**—Protests 759168–G, etc., of Welch's Candy, Ltd., et al. (Los Angeles).

Opinion by Evans, J.  On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE SECOND DIVISION MAY 21, 1940

**No. 43752.**—Protests 704487–G, etc., of Akawo & Co., Ltd., et al. (Philadelphia).

Opinion by KINCHELOE, J.  On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.